### B. B. LARSON and Another v. KNUTE O. SLETTE.[1]

April 24, 1914.

Nos. 18,445—(33).

**Contribution from joint maker of note.**

    In an action by two makers of a promissory note, who paid it, to recover of a comaker his proportionate share, it is *held* that the evidence justifies the findings of the court.

Action removed to the district court for Clay county to recover $1,000 from defendant as his proportionate share of a promissory note which plaintiffs were compelled to pay. The case was tried before Taylor, J., who made findings and ordered judgment in favor of plaintiffs for the amount demanded. Plaintiffs' motion for amended findings was denied. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*Christian G. Dosland,* for appellant.

*F. H. Peterson,* for respondents.

DIBELL, C.

The defendant appeals from the order denying his motion for a new trial.

The court finds that on December 16, 1906, the plaintiffs Larson and Rosholt, the defendant Slette, and L. B. Larson, and J. B. Messner, executed a note for $5,000 to the Osseo State Bank, due December 1, 1907. At the maturity of the note each of the plaintiffs paid $1,250. The State Bank of Halstad, at the request of the plain-

[1] Reported in 126 N. W. 1094.

tiffs, paid $2,500, and the plaintiffs are now liable to the bank for it. The Osseo bank surrendered and discharged the $5,000 note, and the defendant is not liable upon it. Under such facts the defendant is liable to the plaintiffs.

A careful examination of the evidence shows that the findings are justified; and there are no facts other than those recited controlling the determination of the case.

Order affirmed.